NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD.,**
*Plaintiff-Appellant*

**v.**

**SITIME CORPORATION,**
*Defendant-Appellee*

---

2020-2189

---

Appeal from the United States District Court for the Northern District of California in No. 4:19-cv-01174-YGR, Judge Yvonne Gonzalez Rogers.

---

## JUDGMENT

---

WILLIAM WOODFORD, Avantech Law, LLC, Minneapolis, MN, argued for plaintiff-appellant. Also represented by JOHN A. DRAGSETH, Fish & Richardson PC, Minneapolis, MN; MICHAEL R. HEADLEY, Redwood City, CA.

DAVID A. JAKOPIN, Pillsbury Winthrop Shaw Pittman LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by ROBERT M. FUHRER, McLean, VA; KENNETH E. KELLER, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, SCHALL and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court